IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMON JAQUEZ, on behalf of himself and all others similarly situated,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>**PORTMEIRION GROUP DESIGNS, LLC,**<br><br>　　　　　　　　　　Defendant. | Civil Case Number: 1:20-cv-07594-LTS-OTW |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 23, 2020 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-07594-LTS-OTW**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __28th__ **day of December 2020.**

　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain, USDJ
　　　　　　　　　　　　　　　　　　HONORABLE LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE